UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- -----X

MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated,

                       **Plaintiff,**

  - against -

**LDV GREENWICH LLC d/b/a AMERICAN CUT TRIBECA,**

                       **Defendant.**

-------------------------------------------------------------------X

No. 22-cv-02035 (WFK)(RML)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff MARTA HANYZKIEWICZ, and Defendant, LDV GREENWICH LLC d/b/a AMERICAN CUT TRIBECA, by and through undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

| | |
|---|---|
| Dated: November 9, 2022 | Dated: November 9, 2022 |
| **STEIN SAKS, PLLC.** | **GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP** |
| By: _s/Mark Rozenberg_<br>Mark Rozenberg, Esq.<br>One University Plaza, Suite 620<br>Hackensack, New Jersey 07601<br>Tel: (201) 282-6500 ext. 119<br>mrozenberg@steinsakslegal.com<br>*Attorneys for Plaintiff* | By: /s/ Sonali Setia<br>Sonali Setia, Esq.<br>711 Third Avenue<br>New York, NY 10022<br>Tel: (212) 907-7387<br>ssetia@golenbock.com<br>*Attorneys for Defendant* |

**SO ORDERED:**

_____     _____
Hon. William F. Kuntz, II                   Date
United States District Judge

4340562.1